THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
Tamira S. Smith, Claimant, Respondent,
v.
 GLJ Inc. et al., Employer, and SC Uninsured Employers Fund, Defendants,
 Of Whom SC Uninsured Employers Fund is the Appellant.
 
 
 

Appeal From Greenville County
Charles B. Simmons, Jr., Master In Equity

Unpublished Opinion No. 2011-UP-451
Submitted October 1, 2011  Filed October 11, 2011   

AFFIRMED

 
 
 
David Hill Keller, of Greenville, for
 Appellant.
Linda Byars McKenzie, of Greenville, for
 Respondent.
 
 
 

PER CURIAM:  The South
 Carolina Uninsured Employers Fund appeals the circuit court's affirmance of the
 Appellate Panel of the South Carolina Workers' Compensation Commission's temporary
 benefits award to Tamira Smith for injuries she sustained on her employer's
 premises.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and
 the following authorities: S.C. Code Ann.
 § 1-23-380(5)(e) (Supp. 2010) (providing the reviewing court must affirm a
 decision of the Appellate Panel if it is supported by substantial evidence); Houston
 v. Deloach & Deloach, 378 S.C. 543, 553, 663 S.E.2d 85, 90 (Ct. App.
 2008) (finding the question of whether an injury arises out of and is in the
 course and scope of employment is a question of fact for the appellate panel).
 AFFIRMED. 
SHORT, WILLIAMS, and GEATHERS, JJ., concur.

[1]  We decide this case without oral argument pursuant
 to Rule 215, SCACR.